IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JONATHAN MOGG,

Plaintiff,

v.

MITCHELL D. JACOBS,

Defendant.

Case No. 15-cv-1142 JPG/DGW

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: January 20, 2017**          JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*
 **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**